PROB 12B
(7/93)

Report Date: December 22, 2010

**United States District Court**

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 2 3 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Maria Elena Zuniga          Case Number: 2:09CR00075-005 LRS

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 7/20/2010          Type of Supervision: Probation

Original Offense: Misprision of a Felony, 18 U.S.C. §      Date Supervision Commenced: 7/20/2010
4

Original Sentence: Probation - 36 Months      Date Supervision Expires: 7/19/2013

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

14      The defendant shall be removed from the home confinement program with electronic monitoring. The defendant shall continue making payments towards any outstanding balance owed.

### CAUSE

The defendant was released with the condition to comply with 10 months of home confinement with electronic monitoring. The defendant has now served 5 months of the imposed condition. The defendant had already served 11 months on electronic monitoring as a condition of her pretrial supervision. As the defendant is currently employed, complying with all conditions imposed by the Court, and has complied with a total of 16 months of electronic monitoring, it would be respectfully recommended the remaining 5 months of home confinement be terminated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     12/22/10

David L. McCary
U.S. Probation Officer

RECEIVED
DEC 2 3 2010
CLERK, US DISTRICT COURT
YAKIMA, WASHINGTON

Prob 12B
**Re:  Zuniga, Maria Elena**
**December 22, 2010**
**Page 2**

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

_12/23/10_____
Date