# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

March 1, 2012

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO **Yakima**

The Honorable Lonny R. Suko
U.S. District Judge
Eastern District of Washington
25 South Third Street, Second Floor
Yakima, WA 98901

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 8 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

RE: ZUNIGA, Maria Elena
Docket No: 2:09CR00075-005

## REQUEST FOR OUT OF COUNTRY TRAVEL

Your Honor:

Ms. Zuniga is requesting travel to Michoacan, Mexico, to visit her ill father-in-law. She is requesting to travel by airplane departing on March 25, 2012, and returning by the same mode of travel on April 21, 2012.

Ms. Zuniga was sentenced by Your Honor on July 20, 2010, to Misprision of a Felony, in violation of 18 U.S.C. § 4. She received 3 years of probation and began her term of probation this same date.

Since that time, Ms. Zuniga has been in compliance with her probation including fulfilling all Court ordered financial obligations. She is seasonally employed with various warehouses and has family ties in Washington State.

The assistant United States attorney in this case has been contacted and has no objections to Ms. Zuniga's request.

ZUNIGA, Maria
March 1, 2012
Page 2

This officer respectfully recommends Ms. Zuniga's request to travel to Michoacan, Mexico, be granted.

                                        Respectfully submitted,

                                        Scott M. Morse, Sr.
                                        Chief U.S. Probation Officer

                                        By: s/ Carrie A. Valencia      03/01/2012
                                        Carrie A. Valencia          Date
                                        U.S. Probation/Pretrial Services Officer Assistant

APPROVED BY:

s/Rebecca M. Nichols           03/01/2012
Rebecca M. Nichols            Date
Supervising U.S. Probation Officer

---

ORDER OF THE COURT:

Approved  ✓                     Disapproved _____

3/8/12
Date                                 The Honorable Lonny R. Suko
                                        U.S. District Judge